UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN - 4 2018
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

CRAIG IVAN GILBERT, )
)
Petitioner, )
)
v. ) Civil Action No. 17-2624 (UNA)
)
SCOTT S. HARRIS, et al., )
)
Respondents. )

## MEMORANDUM AND ORDER

This matter is before the Court on Craig Ivan Gilbert's application to proceed *in forma pauperis* and his *pro se* petition for a writ of mandamus. Unless a prisoner "is under imminent danger of serious physical injury," he may not proceed *in forma pauperis* if while incarcerated he has filed at least three prior cases that were dismissed as frivolous, malicious, or for failure to state a claim. 28 U.S.C. § 1915(g); *see Ibrahim v. District of Columbia*, 463 F.3d 3, 6 (D.C. Cir. 2006). This petitioner has accumulated at least three strikes, *see Gilbert v. Obama*, Misc. No. 14-2096 (D.D.C. filed June 8, 2015), and does not demonstrate that he "is under imminent danger of serious physical injury," for purposes of 28 U.S.C. § 1915(g).

Accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 1915(g), the petitioner's application to proceed *in forma pauperis* [2] is DENIED. It is

1

FURTHER ORDERED that the mandamus petition and this civil action are DISMISSED WITHOUT PREJUDICE.

This is a final appealable Order.

SO ORDERED.

DATE: January 2, 2018

/s/ Christopher R. Cooper
United States District Judge